# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BOBBY LAYTHEN BINFORD

        v.

TERRY BENDA, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5364RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

    (1) The Court adopts the Report and Recommendation;

    (2) Defendants' motion is GRANTED;

    (3) Plaintiff's motion is DENIED; and

    (4) Plaintiff's complaint hereby is DISMISSED.

   July 30, 2007
Date

    BRUCE RIFKIN
Clerk

   *s/CM Gonzalez*
Deputy Clerk